United States District Court
Southern District of Texas

**ENTERED**

May 20, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| ZAHIYA MBABA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-00070 |
| | § | |
| ORLANDO PEREZ, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On May 19, 2026, Respondents filed a Supplement to the Government's Motion to Reconsider informing the Court that Respondents have new evidence that the Department of Homeland Security now intends to remove Petitioner to Cameroon on May 26, 2026. (Dkt. 29.)

The Court issues this Order to reiterate that the preliminary injunction issued by the Court on February 13, 2026, (Dkt. 23), **REMAINS IN EFFECT** while Respondents' Motion to Reconsider, (Dkt. 26), is under advisement. Accordingly, the Court reiterates that Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby **ENJOINED AND RESTRAINED** from:

(1) transferring Petitioner outside this judicial district, or

(2) removing Petitioner from the United States to any third country,

**Unless and until**:

(a) the Government provides Petitioner with at least (10) days' notice of the proposed country of removal, and

1 / 2

(b) the Government provides Petitioner with an opportunity to re-open her removal proceeding to permit her to seek fear-based protections as to the identified country(ies) of removal.

Therefore, Respondents are **PROHIBITED** from removing Petitioner to Cameroon absent at least (10) days' notice and an opportunity for Petitioner to re-open her removal proceedings to seek fear-based protections as to Cameroon.

Respondents are **ORDERED** to submit an advisory to the Court on or before **May 21, 2026 at 12:00 P.M. Central Time** confirming receipt of the Court's Order and indicating their intent to comply with the Order.

IT IS SO ORDERED.

SIGNED this May 20, 2026.

Diana Saldaña
United States District Judge